Eva B. Williams *vs.* Lauretta E. Fritz.

Norfolk.	March 5, 1926. — March 8, 1926.

Present: Rugg, C.J., Crosby, Pierce, Carroll, & Wait, JJ.

*Probate Court*, Jury issues.

The record of an appeal from an order of a judge of probate, denying a motion to frame issues for a jury upon a petition to prove a will, was *held* to present no new question of law and to disclose no reversible error.

Petition, filed in the Probate Court for the county of Norfolk on August 24, 1925, for the proof of the will of Thomas L. Williams, late of Quincy.

Lauretta E. Fritz, daughter, appeared to oppose the petition and moved for the framing of jury issues. The motion was heard by *McCoole*, J., and was denied. The contestant appealed.

*J. L. Edwards*, for the respondent.

*J. D. Mackay*, for the petitioner.

By THE COURT. This appeal from an order of the judge of probate, denying a motion to frame issues for a jury upon a petition to prove a will, presents no new question of law and discloses no reversible error. *Wilbar* v. *Diamond*, 249 Mass. 568, *Old Colony Trust Co.* v. *Spaulding*, 250 Mass. 400, *Adams* v. *Blair, ante*, 152, and cases collected in each opinion.

*Order denying issues to a jury affirmed.*